CENTER FOR DISABILITY ACCESS
Dennis Price, SBN 279082
Amanda Lockhart Seabock, SBN 289900
<u>8033 Linda Vista Road, Suite 200</u>
<u>San Diego, CA 92111</u>
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, CHRIS LANGER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>     v.<br><br>Honey Baked Ham, Inc.; and Does 1-10,<br><br>          Defendants, | Case No.: 3:20-cv-01627-BEN-AGS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

    The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Motion for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: <u>June 30, 2021</u>    By: <u>/s/Amanda Lockhart Seabock</u>
                                        Amanda Lockhart Seabock
                                        Attorney for Plaintiff