UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                     Plaintiff,<br><br>v.<br><br>HONEY BAKED HAM, INC., a California corporation; and DOES 1-10,<br><br>                     Defendant. | Case No.:  3:20-CV-1627-BEN-AGS<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[ECF No. 32]** |

## I. BACKGROUND

On August 21, 2020, Plaintiff Chris Langer ("Plaintiff") filed this action for violations of (1) the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.* ("ADA"), and (2) Unruh Civil Rights Act, Civ. Code, § 51, *et seq.* ("UCRA"), against Defendant Honey Baked Ham, Inc., a California corporation ("Defendant"). ECF No. 1.

On November 6, 2020, the Court issued an order granting Defendant's Motion to Dismiss in part, dismissing the claims under the UCRA *with prejudice*. ECF no. 14. On December 9, 2020, Defendant timely filed an answer to Plaintiff's First Amended Complaint. ECF No. 15.

On June 30, 2021, the parties filed a Notice of Settlement, ECF No. 30, and on August 27, 2021, Plaintiff filed the instant Notice of Voluntary Dismissal, ECF No. 32.

## II. **LEGAL STANDARD**

If a plaintiff wants to dismiss a case without a court order, the plaintiff may do so pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "by filing" either (1) "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or (2) "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1). Where a plaintiff does not proceed by filing a notice or stipulation of dismissal, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2).

## III. **ORDER**

On August 27, 2021, Plaintiff filed a Notice of Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, seeking a dismissal of this case *with prejudice*. ECF No. 32. Accordingly, the Court orders as follows:

1. The Clerk of the Court is directed to terminate this case *with prejudice*.

**IT IS SO ORDERED.**

DATED:   September 1, 2021

**HON. ROGER T. BENITEZ**
United States District Judge